UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

# 15CV1889

EARL BRISTOW FEELINGS,  :

                Plaintiff,  :

                         :

     -against-  :

WARDEN,KENNETH STUKES,OF O.B.C.C.
Corr.Fac.,Captain WALKER,C.O.
Ms.OWENS,C.O.PHILLIPS.Captain- :
JOHNSON,Deputy C.O.WASHINGTON,
I.G.R.C.Civilian GRIFFITH,The :
CITY OF NEW YORK,N.Y.C.D.O.C.
                Defendants,
-------------------------------------X

"COMPLAINT"
under the
Civil Rights Act#42 U.S.C.#1983
(Prisoner Complaint)

Jury Trial Demanded
Yes X ✓,No_____,

#1. Parties in the complaint:

A.     Plaintiff,EARL BRISTOW FEELINGS,#441-14-08287,residing as of

       The date of this filing complaint:GEORGE MOTCHAN DETENTION CENTER,

       Listed as 15-15 Hazen Street,E.Elmhurst,New York,11370.

B.     Defendant's listed in sequence formation:#1.)WARDEN of O.B.C.C.

       Corr.Fac.KENNETH STUKES,Captain WALKER,C.O.Ms.OWENS,Deputy C.O.

       WASHINGTON,Captain JOHNSON,GRIFFITH,(I.G.R.C.)City of New York,

       Department of Correction.C.O.PHILLIPS.

C.     Defendants are currently employed at Riker's Island Correctional

       Facility O.B.C.C. listed as the address of:1600 Hazen Street,E.

       Elmhurst,New York,11370.

2015 MAR 10 P 12:14
SDNY PRO SE OFFICE
RECEIVED

Defendant No. 2    Name   C.O. ms. Owens (white female, of Security) Shield # 22222

Where Currently Employed   R.I. O.B.C.C. - Security

Address   1600 - Hazen St

E. Elmhurst N.Y. 11370

Defendant No. 3    Name   Ms. Washington (Dept. of security) Shield # 22222

Where Currently Employed   O.B.C.C.

Address   1600 Hazen St

E. Elmhurst, N.Y. 11370

Defendant No. 4    Name   Captain Johnson, Shield # 93222

Where Currently Employed   O.B.C.C. -

Address   1600 - Hazen St

E. Elmhurst N.Y. 11370

Defendant No. 5    Name   Mr. Griffith (Grievance - Civilian) Shield # _____

Where Currently Employed   O.B.C.C.

Address   1600 - Hazen St

E. Elmhurst N.Y. 11370

## II.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?

Otis Bantum Correctional Center, (R.I.) 1600 - Hazen St. E. Elmhurst, N.Y. 11370

B.    Where in the institution did the events giving rise to your claim(s) occur?

Within The Special Housing Unit - Area of C.P.S.U. (Punitive - Segregation) for Disciplinary Purposes.

C.    What date and approximate time did the events giving rise to your claim(s) occur?

October, 9th, 2014, And on previous Dates in The past, Between July of 2009 2010.

D.   Facts:

<div style="float:left">

What
happened
to you?

Who did
what?

Was
anyone
else
involved?

Who else
saw what
happened?

</div>

SEE ATTACHED
STATEMENT
OF'S.
FACT'S

## III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Anxiety Attacks, Paranoia, Mental-Anguishment, Vivid Hulicination, emotional distress, psychological Traumatic Stress, Hypersensitive Characteristics, Area-Space-Limited Phobiah, Loss of faith and hope, dispaire, physical Severe Pain in Back, Neck and Ankles -muscles, due to lack of mobility movement and Excessive Hours of Cell-Confinement. That Aggavated Pre-Existing injurys.

## IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓    No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). OTIS BANTUM CORRECTIONAL CENTER 1600 Hazen ST. E. ElmHurst, N.y. 11370

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes __✓__    No _____    Do Not Know _____

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes __✓__    No _____    Do Not Know _____

If YES, which claim(s)? UNLawful-Disciplinary in Segregation Unit

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes __✓__    No _____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____    No _____

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance? AT O.B.C.C. (1600-Hazen ST. E. ElmHurst, N.y. 11370)

1.  Which claim(s) in this complaint did you grieve? Being illegal Held Past my imposed Penalty. And, falsely forced to Serve more Time.

2.  What was the result, if any? My Grievance was improperly investigated. The Grievance Staff claimed I owed time.

3.  What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. I Filed several Appeals To The Warden, Grievance Staff And Finally Writ Court Via Article # 78.

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here: _____

N/A

2.  If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: I informed Warden,

And C.O. Owens, Dept. Washington
Captain Johnson, And, The grievance
Civillian mr. Griffith.

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I filed the Grievance, wrote to the Warden,
Filed a electronic coil to 311, and, Then

The Writ of Appeal (via) Article #78.

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.  Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I Am Civily Requesting That The

Court After Reviewing the favorable Evidence towards plaintiff
Grant me the Opportunity to proceed to a Civil Trial. and

if, the Defendants Are found 100% liable for my injuries
I Would like to be Compensated Reasonably, and to
Also, enforce, or, impose punitive damages As Well.

I the plaintiff, Earl Briston feelings, is Reasonably
seeking Damages in the Sum of: $2.5 million U.S.
Dollars. (Two, and, Half-million U.S. Dollars)

## VI.  Previous lawsuits:

On these claims

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____  No ✓

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.   Court (if federal court, name the district; if state court, name the county) _____

3.   Docket or Index number _____

4.   Name of Judge assigned to your case _____

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending?  Yes _____  No _____

If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?)  _____

_____

_____

On other claims

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ✔   No _____

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff  Earl Bristow Feelings

Defendants  City of New York,

2.   Court (if federal court, name the district; if state court, name the county)  Bronx County N.Y.C. Comptroller.

3.   Docket or Index number  2014 P.I. 010 873

4.   Name of Judge assigned to your case  - None -

5.   Approximate date of filing lawsuit  4/4/2014

6.   Is the case still pending?  Yes _____  No ✔

If NO, give the approximate date of disposition  10/10/2014

7.   What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?)  Settled.

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _18_ day of _February_, 20_15_.

Signature of Plaintiff _[signature]_

Inmate Number _441 - 14 - 08287_

Institution Address _G.M.D.C._
_15-15-Hazen St_
_E. Elmhurst, N.Y. 11370_

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _18_ day of _February_, 20_15_ I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _[signature]_

*Rev. 05/2010*

The PLaintiff Mr.EARL BRISTOW FEELINGS,#441-14-08287,acting within

The compacity as a Pro se applicant.Elects on his behalf to proffer

**This application** under the federal provisions of civil rights act

Of section#1983 civil complaint which alleges to the Court that

The following **fact's** & information that alleges that plaintiff

Herein has subjected to misconduct on behalf of the inscribed named

Defendant's with violating his State & Federal Constitutional rights

While he has been admitted into the Care,Custody,and Control of

The New York City DEpartment of Corrections Riker's Island he was

Then placed unlawfully into the O.B.C.C.-C.P.S.U. deliberately

From the dates of October,9th,2014, to December,19ᵀᴴ,2014.

Thereby infringement of the plaintiff constitutional rights were

Inherently disturbed by the above named defendants without any

Good show of cause,or,affordability of his due process of Law

Rights.

Plaintiff EARL BRTISTOW FEELINGS,has elected to file said complaint

Under Federal Statute of Civil Rights Act Section# 1983 as a prison

Complaint that states its cause of action,or,statement of claims is

Base upon several State & Federal Constitutional Violations on the

Grounds of"Deliberate indifferrence","Unlawful Imprisonment",and

"Illegal Search & Seizure" As well as"Cruel & Unusual Punishment"

Which borders into the intrusion of the plaintiff rights of the

4th,8th and 14th Constitutional rights of the United States.


Plaintiff

X _____
EARL BRISTOW FEELINGS

#2.) Upon information,fact's & belief and at all times hereafter it

Has been mentioned,the defendants the City of New York

is a Municipality Government entity Corporation existing under

The incorporated executive Laws of the State of New York,with

It's principal place of business located at the Municipal building

Of"One Center Street,New York,New York,10007.


#3.)
That upon information and belief the City of New York owned,operated

And Controlled,and maintained the corporation which is the New York

City Department of Corrections,by charter,or by Law under the goals

Of it's provisions of the State of New York and City of New York.


#4.)
It is hereby alleged that this Court has exclusive jurisdiction

Over this legal matter pursuant to General Municipal Law#50(e).

In the State arena,and pursuant to #28 U.S.C. of section's#1331,

1332,and 1343(a)(3)and 42 U.S.C. section#1983.

#5.)  This Venue is proper in the legal technical sense of law pursuant

To #28 U,S.C. of section#1381.


#6.) This   action herein is a Tort claim for monetary damages against the

City of New York for it's massive pattern and practices of deprivation,

And denial of Pre-Trial detainee's their legal Constitutional right's

While  being held at the Department of Corrections Riker's Island in

That specifically pre-trial detainees are sent to the punitive segre-

gation area for the sole purpose of disciplinary adjustment which is a

Extreme   highly isolation area at the Otis Bantum Correctional Center,

For violating the institutional rules & regulations,upon which they are

Subjected to endure multiple day's,Weeks,and months confined to a 7-by-

12 foot cell,for 23 Hour's per day.


#7.)  Upon information and belief it is the policy of the City of New York

Written & unwritten as implied to express an denial to it's inmate

General population detainees of it's mandated directive as to the sole

Grounds and reason for subjecting a inmate prisoner to it's punitive

Segregation Area. And it is hereby that act, the Claimant/Plaintiff Mr.

EARL B.FEELINGS, is commencing this Constitutional claim against the

Defendants pursuant to the prong of"Monell v.New York City Dept.of -

Social Services" .


#8.) It requested by the claimant/plaintiff of this Tort/action to hold the

Authorities of this municipality liable in such regard"a Plaintiff is

Required to plead,& prove(3)elements:#1)An official policy or custom

That (2)causes the plaintiff to be subjected to(3)a denial of a Con-

stitutional right". Claimant alleges that as a result of this written

& Unwritten policy practice his Constitutional right's were denied by

A show of cause through deliberate indifference.

#9.)                        "STATEMENT OF FACT'S"

## "STATEMENT OF FACT'S"

#1.)    On  December,7th,2009 Plaintiff was in **the custody**,care,& **control**

Of the New York City DEpartment of Corrections at Riker's Island

On the said above date plaintiff was informed by correction staff

That he had previously left the facility **owing** some disciplinary

Infraction punitive segregation day's. Which was later ascertained

To be a total of"279" days.


#2.)    Plaintiff questioned the officials to what effect had or does he

Owe such excessive time? PLaintiff requested for a copy of the

Day's and nature of the incident **report** "Disposition" from the

Department administrative records files  via right of Due Process

Of Law.

#3.)    As a result of the ordeal **plaintiff** never was affor**ded the requested**

Documen**ta**tion to ensure him that **the** defendants contention was **in**

Institutionally legitimate. PLaintiff nonetheless served the entire

Period of"279" day's in the O.B.C.C.-C.P.S.U. special housing unit

**Without** any demostrating to the plaintiff the detention was within

The legal legitimate directive procedures of the facilitys rules &

Regulation policy.

#4.)    As of the current matter in plaintiff civil complaint.

EARL BRISTOW FEELINGS,plaintiff was returned back into corrections

Severals year's later,in the year of may,2014 plaintiff was **again**

Subjected to the same unlawful **practice** in which plaintiff was

Held past his initial release date from the C.P.S.U.

#5.) Plaintiff had commences his writ of appeal via article#78 contesting

The unlawful detention in which the defendants held plaintiff for

"8" additional day's that was not authorized within the infraction

Recommended penalty.Soon thereafter,plaintiff was victorious in

His appeal at the riker's island disciplinary adjudication court.

#6.) The defense  attorney who represented plaintiff on the matter is

Ms.DEBRA HAMILTON,212-577-3391,of the prisoners Legal Aide agency.

#7.) Plaintiff EARL BRISTOW FEELINGS,was again admitted into C.P.S.U.

For an infraction at A.M.K.C. which issued a penalty of"15" days

Which was to began on 9/24/2014 and be expired on 10/09/2014.

However,on 10/09/2014 plaintiff was informed by correction officer

PHILLIPS,that he owed an additional"90" day's which expires on 1/

16/2015.

#8.)  He then notified captain Johnson,of O.B.C.C./C.P.S.U. area

Who had    investigated a claim of the administrative error.

Upon his investigation he had personally went and contacted the

Disciplinary adjudication office to obtain a copy of the alleged

"90" days disposition report.upon ascertaining from that area

Office personel  there existed no disposition on file of plaintiff

Owing"90" days.This information was relayed to Captain Johnson by

O.B.C.C./C.P.S.U. chief of security correction officer MsOWENS,


#9.)  The defendant is deliberatelty forcing the plaintiff to serve  an Un-

Authorized penalty disciplinbary sentence that was not administered

Into the disciplinary penalty records that was conducted by the

Disciplinary adjudication Captain Walker in July,2014 for allegedly

Destroying"City Property" a institutional city issued shaving razor.

#10.) Plaintiff hearing was conducted by defendant Captain Walker in

August,2014 at O.B.C.C. after reveiwing all the evidence in the

Case she imposed a penalty of"30" day's. Defendant C.O.Ms.Owens,

Had informed her correctional collegues that she was informed

By her superiors rank officials of the Board of Corrections

Executive panel to continue its hold of the plaintiff within

The Central Punitive Segregation Unit area until further notified.


#11.) Plaintiff filed a grievance to Warden of O.B.C.C. Mr.Kenneth Stukes,

Along with two additional grièvances to defendant Griffith of the

O.B.C.C. Inmate grievance resolution Committee Program who in his

Response misinformed plaintiff with a inaccurate computation of

His assesment of the time span error alleged by the defendants.

Which was later determined to be in error by the Riker's Island

Disciplinary adjudication Hearing Officials which was returned to

The defendants as a result of the plaintiff filing a Habeas Corpus

Writ of Appeal via Article#78 which was duly in **favor** of plaintiff

EARL BRISTOW FEELINGS,entire contention.

#12.)

Plaintiff referrs to exihibit -A for further confirmation defendant

Griffith inadequate investigation. Defendant Washington,Deputy of

Rank officer had visit the plaintiff cellblock area in between the

Months of November and December,2014 and was informed of this matter

She explaint to the plaintiff that she would look into the matter

With her security personel officer's about the unlawful detention &

Get back to plaintiff once she has thoroughly investigated the matter.

Defendant Washington,returned to plaintif cellblock area and **told**

Plaintiff that "You were here a few months ago and you **vio**lated one

Of my close civilian co-worker from maintence detail,so were going

To hold onto you for a few more day's,if it's O.K. with you Mr.

Feelings,?"     With that statement utter from the mouth of a

High rankiing institutional official.

#13.)   Plaintiff EARL BRISTOW FEELINGS,proceeded to file a series of

Complaints to the facility Warden of O.B.C.C. Mr.Kenneth Stukes,

Who fail to acknowledge plaintiff grievances which was filed in

Sequences.Plaintiff then filed a grievance to the facility mental

Health practioner due to the level of extreme stress he was going

Through at that precise time.

:14.)   Plaintiff as a result of the deliberate indifference treatment

The defendant maliciously imposed upon plaintiff he was subjected

To serving erroneously a extensive period of"71" days in C.P.S.U.

#15.)   Plaintiff july,2014 disciplinary incident is the essential cause

And reason that played an instrumental role of the defendants.

That unlawfully motivated the defendants to enforce & impose the

The erroneous"90" days penalty that was never implemented within

Defendant Captain Walker,determination in August of 2014.


#16.)   The defendants herein had enough ample time to remedy the matter,

But,obviously chose to keep the plaintiff confine within the

Special housing unit of O.B.C.C./C.P.S.U. solitary confinement.

The treatment of the plaintiff was in direct basic violation of

His 4th,8th and 14th U.S.C.A.mendmends right's Plaintiff thereafter

Initiated a series of complaints & grievances to the assigned

Warden Stukes,who fail to acknowledge the plaintiff letters & filed

Grievances.

#17.) The defendants herein has purposely chose to negate the plaintiff

Continuous subjection to the abnormal hostile enviroment that has

As a result of the extensive long period inside the special housing

Area cause plaintiff a great deal of substantialagony & mental pain

Sufferrings. This was a act of deliberate ministerial negligegence,

Along with gross mismanagement of its proscribed administrative

Dutys.The defendants also grossly ignored the plaintiff series of

Appeals *& grievances he initiated until relief was granted  via

Judicial intervention.

#18.) There existed at the time of the unauthorized practice a severe

Perpetual systematical pattern of institutional misconduct on the

Behalf of the defendants who demostrated their recklessness efforts

To degrade,harrass,and inflict a typical significant hardship of

Mental anguishment of pain & sufferring upon plaintiff by said use

Of excessive force from the illicit practice.

#1.) In the year of December,2009 the claimant/plaintiff was initially

Subjected to this same circumstances by the defendants.Who at the

Time claimed the claimant had went home from N.Y.C.D.O.C. and

Alleged to have  went home "Owing" some disciplinary punishment

Day's,that was computated to a total of"279" day's. Claimant had

Questioned that accusation to the defendants,and at the time  he

Ask the defendants to allow him the opportunity to reveiw some

Form of visual administrative documentation on this matter. The

Defendants never afforded claimant that opportunity which was a

Right under the U.S.C.A. of the 14th provision OF equal protection

To the law under Due Proces Of Law.

#2.) The claimant was held in solitary confinement status under the

O.B.C.C.-C.P.S.U. special housing unit for a extensive period of

"279" day's in punitive segregation without any showing of Due

Process of Law by administrative documentation paperwork.

**#3.)** Claimant filed several greivances regarding this issue but,the officials At the facility fail to acknowlegde or rectify the complaint.Claimant Thereaftee,declined to push the issue, and generally accepted the fact Of serving the"Odd" 279 day's in solitary confinement status.The Warden And his subordinates failed to demostrate how the claimant unequivocably Owed the alleged day's? The defendants could not specify where the day's Derived from administratively?

**#4.)** Navigating to the future,& current complaint herein,in May of 2014 the Claimant was force to served a additional"8" day's past his proscribed Disciplinary sentence of"21" day's in the C.P.S.U. solitary confinement Area. That matter was brought to the Riker's Island Writ Court officials In june of 2014 contesting to the unlawful detention in isolation in the Punitive segregation unit. The claimant won his appeal,due to the city Corporation counsel failure to respond to the Writ. Claimant attorney On that matter was Ms.Debra Hamilton,Esq.212-577-3391 (212-577-3391)

#5.) The current complaint is in essence similar to the previous unwarranted

Detention in the O.B.C.C.-C.P.S.U. housing unit area without probable

Cause. The matter stems from a july,2014 incident in which the claimant

Was issued a"30" day punitive segregation disciplinary sentence for his

Admission of destroying city property.( A disposable shaving razor).

#6.) Claimant was sent to the C.P.S.U. at O.B.C.C. on 7/25/2014 which was the

Date of the incident,presided at a disciplinary hearing and given a penalty

Of"30" day's by hearing adjudication Captain Walker,who never issued any

Penalty of "90" day's. As it can be administratively demetrated that he

Was returned back to his general population status along with all his

Privileges on 8/22/2014 showing the"30" completion.

#7.) However,the claimant was issued an infraction for"Fighting" at A.M.K.C.

In september of 2014. He was given"15" day's for that incident.The

Claimant was sent to O.B.C.C.-C.P.S.U. on 9/24/2014 with a expected

Release date from such status to be on 10/9/2014,to claimant beknowing

He was denied such release,and held to serve a erroneous"90" day's.

## "LEGAL ARGUMENT"

**#1.)** The defendants has unlawfully determined and callously insist that The claimant be held in the C.P.S.U. solitary confinement status area For a period of"90" day's. The defendants is illustrating it's dis-content with it's subordinate coworker(Captain Walker)who conducted The 7/25/2014 Razor incident and only gave the claimant a penalty of Only"30" day's. The defendant are arbitrafly enforcing a unwarranted Non-imposed penalty of the"90" day's that the Captain didnt impose Previously at his 7/25/2014 disciplinary Hearing.

**#2.)** The hierachy supervisors are claiming that the disciplinary Captain Made a error? by not imposing"90" day's. The institutional rule & Regulation states the charge-105.10 -Weapon carrys a maximum penalty Of"90"day's which is true,but,legally the disciplinary hearing official Captain Walker administratively addressed that issue by Her own careful Judgment & discretion of the submitted facts & evidence that was brought Before administratively.

#3.) As a result the claimant appeared at the disciplinary hearing and Pleaded to the charge by his own admission of guilt.Thereby he could Not have received the maximum sentence or penalty as a result of him Pleading. With that taken into consideration from the disciplinary Captain Walker,She issued the claimant the lesser penalty,as practice Commonly in most Prison disciplinary Hearing,and Criminal Courts here And abroad.

#4.) The defendants has indubiously violated the claimant Due Process of Law Rights,by not illustrating their proof of credittal's , in the sense of Validity.The defendants has acted outside the scope of their statutory Legislative authority,Due to the fact this enforcement "to return the Claimant back to solitary confinement" is inherently a act & characteri-stic of a conscience deliberate indifference act,with full intent to Cause him severe mental anguishment along with pain & sufferrring. The claimant is without questinning being subjected to being penalized Twice for one particular incident for which he served in full complete Satisfaction.

#5.) The defendants is forcing the claimant to serve the"90" day's which

Was not recommended by the initial hearing official once the hearing

Was administratively completed.


#6.) The claimant had filed numerous appeals,complaints,and greivances,

Against this practice,also,it was requested by the claimant to obtain

A administrative copy of the 7/25/2014 Razor incident"Notice of Dis-

position" report.As a result of that urgent request by the claimant to

Clarify the matter,he was denied that right to obtain the disciplinary

Hearing Penalty(Notice of Disposition)Report.The defendants deliberately

Denied the claimant the right to Due Process Of Law access to validate

His defense against the defendants contention.

#7.) The claimant was forced to commence a Notice of Appeal via Writ of

Article#78 to contest to the unlawful detention & Cruel & Unusual

Punishment the defendant arbitrarily subjected him to endure.

#8.) There is a massive overwhelmingly display of New York City Department

Of Corrections administration in it's mismanagement of it's own policys

Directives,Mandates and Procedures by deliberate intent,Negligences,and

The common atypical error's of such concrete abnormal hostile enviroment.

The unlawful detention  under such circumstances equates to a modern act

Of Draconian oppression.


#9.) Claimant/Plaintiff,EARL B.FEELINGS,has significantly demostrated soundly

Beyond a show of a reasonable doubt the sadistic and relentless unlawful

Arbitrary,Capricious,and Wanton practices by the New York City Department

Of Corrections administrators continous pattern to harrass,humiliate,and

Oppress the claimant deliberately. This is not a single isolated incident

In which one can summarized to be a common ministerial error.The D.O.C.

Was placed on constructive notices by the claimant that their contention to

Return claimant back to punitive segregation after his initial sentence

(Continuation)


Had expired on August,22nd,2014 was illegal & Unconstitutional.

However,The defendants demostrated a deliberate intent to punish the

Claimant knowingly, and willingly from their own directive & policy

Which fail to show such nule,Law,or practice can be administered,or

Enforced upon an inmate/prisoner-detainee without illustrating in

Good faith a show of Due Process of Law. And,taken into careful

Consideration the numerous attempt from the claimant to rectify

From his greivances was basically disregarded by the Custodians who

Invested with the power to extend each & every inmate /prisoner his

Basic humanitarian Civil & Constitutional Natural Right's.by denying
Claimant Due Process of Law which is judiciary fair play.

**#10.)** The claimant has filed a Notice of Appeal via Writ Article#78,in

November,2014 regarding this issue of"<u>ILLEGAL SEARCH & SEIZURE</u>"

Along with unlawful detention without probable cause. And as a

Result the claimant was successful at such N.Y.C.D.O.C. Writ Court

Adjudication Proceedings,which agreed with the claimant entire

Contention and defense,the adjudication presiding judge immediately

Issued a proscribe Order to remove claimant from such institutional

Status and to reinstate him to his previous status of general pop-

ulation along with all said privileges and rights he enjoyed prior

To unlawfully confining him.

**#11.)** Claimant was held unlawfully in the O.B.C.C.-C.P.S.U. area for a

Extensive period of("71 ")day's by the custodians of New York City

Department of Correctionis Riker's Island from the dates of 10/9/2014

Until, 12/19/2014.

## "DAMAGES ADJUSTED/MEDICAL INJURIES"

#12.)  Claimant,EARL B.FEELINGS,As a result of this incident incurred

Several injuries limited to his mental & physical well being in

The regard to having being forcibly placed into solitary conf-

inement in a 7 by 12 size foot cell area for such long period he

Began to experience several long lasting bouts of severe depression

Anxiety attacks,paranoiah,Mental anguishment,Hulicination periods,

Physical discomfort of being confine in a small enviroment caused

Severe excruciating pain in back,Neck & Ankles Muscles which were

Aggravating pre-existing back injuries muscles. Claimant,also,claim

Injurie upon the grounds for"loss of quality time" to associate with

Other inmates/prisoners,also,claimant states damages for denial of

Right to excercise in his profess faith of religious practice while

Confined to the O.B.C.C.-C.P.S.U. area  Those denials affected the

Claimant natural civil right of exposure to other people which in it

Self is essential to his mental & physical growth & development.

#13.) Wherefore,the claimant alleges that these actions by the City of New

York constitutes a obvious"Use of Excessive Force" as well as an

Unreasonable seizure and deprivation of liberty without demostrating

Sound Due Process Of Law in violation of the 4th,5th,8th and 14th,

U.S.Amendments of the United States Constitution and the parallels

Provisions in the New York State Constitution.

#14.)The defendants purposely permitted & tolerated this unlawful pattern

And practice,The City of New York has maintained a system of reveiw

Of it's Correctional Officials conduct which is so untimely & cursory

As to be ineffective with it's general provisions of safety,these

Practices,policy's written & unwritten customary ethics were the

Exact moving proximate cause and affirmative nexsus behind these

Defendants conduct which in return cause the claimant severe grief

And substantial injuries which    has been clinically determined

To have long lasting effects.


#15.) <u>COMMONALITY</u>: There is a well defined personal intrest in the

Question of Law & fact's involving and affecting the claimant.

These common legal & factual question include:"Whether defendants

Have violated the Constitutional rights of claimant,EARL B.FEELINGS,

By unlawfully placing him into solitary confinement status at the

OTIS BANTUM CORRECTIONAL CENTER,from 10/9/2014 to 12/19/2014.

Whether,claimant is entitled to recover compensatory,statutory,&

Punitive damages, also,whether as a result the defendants illegal

Conduct was just,Whether claimant is entitled to declaratory,in-

junctive,or equitable relief,whether claimant is entitled to an

Award of reasonable attorney fee's,pre-judgment interest,and the
Expenses of this suit.

AS AND FOR A FIRST CAUSE OF ACTION AGAINST THE DEFENDANTS,THE
CITY OF NEW YORK,CLAIMANT HEREBY RESTATES & REALLEGES EACH &
EVERY ALLEGATION SET FORTH IN PARAGRAPHS  MARKED & ENUMERATED
FROM" 1-15" AND FURTHER ALLEGES AS FOLLOWS:

#16.) The unlawful placement of the claimant in the O.B.C.C.-C.P.S.U in
A 23 hour a day,7 by 12 foot square area significantly affected the
Claimant to suffer physical & mental injuries.

#17.) The City of New York is therefore liable for the violation   of
Claimant Constitutional right's per se by denying him Due Process
Of Law to contest to the allegations made against him prior to
Being fully affected to those abnormal conditions.

#18.) That by reasons of the commence foregoing,the claimant,EARL B.
FEELINGS,have been damaged,both capacities of the Mental & Physical
Realms,and,seeks damages in the amount of:"2.5,000,000.00 U.S.Dollars.

AS AND FOR THE SECOND CAUSE OF ACTION AGAINST THE DEFENDANTS

THE CITY OF NEW YORK,CLAIMANT RESTATES & REALLEGES EACH AND,

EVERY ALLEGATION SET FORTH IN PARAGRAPH MARKED AND ENUMERATED

IN " 1-15"AND FURTHER ALLEGES AS FOLLOWS:

#19.) Claimant seek's a permanent injunction to prevent the defendants
To continue such unauthorized practices outside the scope of the
New York City Department of Corrections Commissioner directives.

WHEREFORE,Claimant respectively request's the following relief:

#1.) A Order & Judgment certifying this Matter as a Primie Facie
Valid claim.

#2.) Judgment on the first Cause of action in the amount of :
$2,5,000,000.00 U.S.Dollars(Two & Half Million ,U.S. DOLLARS)

#3.) Judgment on the Second Cause of action permanently enjoying
Defendant of these unauthorized practices that is not
Cognizable by the N.Y.C.D.O.C. Commissioner.

#4.) Together with the costs & Disburstment of this civil action
And for such Other and further relief as it will deem to be
Just & Proper.

Respectively

X _____
Claimant/Plaintiff
EARL B.FEELINGS,
#441-14-08287
O.B.C.C.
1600 Hazen St
E.Elmhurst,New York,11370

Sworn to before Me this 19 Day of
November,2014.

_____
NOTARY PUBLIC

MATTHEW I. REDDICK
NOTARY PUBLIC - NEW YORK STATE
X  01RE5076313
QUALIFIED IN QUEENS
COMMISSION EXPIRES APRIL 21, 2015

# WHO'S REALLY TO BLAME

## for mismanagement in the Correction Department?

## For the Past 20 Years

## There Have Been.....

## 9 Commissioners

## 8 First Deputy Commissioners

## 10 Chiefs of Department

## 45 Deputy/ Assistant Chiefs of Department

## Countless numbers of Deputy Commissioners

### Bottom Line

# Is it Really    Correction Officers???



**CORRECTION OFFICERS' BENEVOLENT ASSOCIATION, INC.**

"PATROLLING THE TOUGHEST PRECINCTS IN NEW YORK"



## Medical Information

1st Treatment Date: **12/10/2014** Format: MM/DD/YYYY

Hospital/Name: **Riker's Island**

Address: **O.B.C.C. - P.H.S.**

Address 2: **1600 Hazen St**

City: **E. Elmhurst, N.Y. 11370**

State:

Zip Code:

Date Treated in
Emergency Room: Format: MM/DD/YYYY

○ Yes ⊘ No ○ NA

Was claimant taken to hospital by an ambulance?

## Employment Information (If claiming lost wages)

Employer's Name:

Address

**VOID**

Address 2:

City:

State:

Zip Code:

Work Days Lost:

Amount Earned
Weekly:

## Treating Physician Information

Last Name: **R.I. - O.B.C.C. - P.H.S.**

First Name: **Mental Health Doctors**

Address: **Treatment for Anxiety, Stress**

Address 2: **Suicidal Thoughts, Traumatized**

City: **distress + Depression Symtoms**

State:

Zip Code: **Medication: RimRod/Zoloft.**

**Vistal.**

**NYSID No:** 04929230Y  **B&C No:** 4411408287

**FEELINGS, EARL**
2140 MADISON AVENUE, 4A, 4A, NEW YORK, NY
10035

**Primary Insurance:**
**PCP:**

**DOB:** 01/30/1965  **Age:** 49 Y  **Sex:** male

**Home:** 111-111-1111
**Work:**
**Cell:**
**Email:**
**Advance Directive:**

**Allergies :**  FISH - rash

| 784.0 | Headache | 10/23/2014 | Burmeister, Robert |
| 472.0 | Rhinitis NOS | 12/12/2014 | Auguste, Gerard |
| V65.3 | DIETARY SURVEIL/COUNSEL | 11/11/2014 | Kelly, Guy |

**Medications**

**Name strength formulation, Sig: take route frequency**

Multiple Vitamin 1 Tablet, Sig: 1 tab Orally Daily Start Date: 12/06/2014
Vistaril 25 MG Capsule, Sig: 1 capsule Orally At Bedtime Start Date: 12/16/2014
Remeron 15 MG Tablet, Sig: 1 tab Orally At Bedtime Start Date: 12/16/2014



# AFTER CARE LETTER

Date: 12 / 23 / 14

**To Whom It May Concern:**

**Patient:** Feelings, EARL _____ **has been under our care for the following conditions:**

**I. Health Problems**

Mood P/o

**II. Treatments; Medications; Date; Follow-up Needs**

pt currently on ustarl 50mg PU QHS + Remeron 15mg PO QHS. Treatment is for - Anti social, Depression, Anxiety Attacks, Traumatize for His stay or time in Rikers Isshnd. C.P.S.U / PreA.

**Follow-up care is required for the above condition(s)**

Tammy Chandhok, PAC
MH Physician Assistant

Clinic Tel. #: 347 - 774 - 7951

Form 111RB 2/04    Property Receipt/City of New York Department of Correction

**Property Receipt**

Inmate _____
　　　　　Last　　　　　First

Institution _____ _Qeeelcrsu_____

Date _____ 9/24/14_____

A № 1302585 ____
　　　　　　　　　　　　year

☐ NYSID # _____
☑ Book and Case # ___44/-14-23287___
☐ Sentence # _____

CONTROL/CUFFLOCK#_____

| WHERE WAS PROPERTY TAKEN: |
| --- |

☐ Admission　　☐ Housing Area - Specify: _____　　☐ Other - Specify: _____
Was this property taken on a search: ☐ Yes / ☐ No

| I. Personal Items | | II. Clothing | | | III. Jewelry | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| No. | Articles | No. | Articles | Color | No. | Article | Description | | |
| | | | | | | | Y | W | CS |
| / | Radio | | Coat/Jacket | | | | | | |
| | Personal papers | 1 | Pants | Blue | | Tooth Cap | | | |
| | Pocketbook | | Belts | | | Neck Chain | | | |
| / | Gloves | 1 | Shoes/Sneaker | white | | Earring | | | |
| / | Glasses | 21 | Shirt/Blouse | Various | | Charm | | | |
| | Wig | | Skirt | | | Bracelet | | | |
| | Wallet | | Boots | | | Watch | | | |
| / | Keys | | Hat | | | Ring | | | |

| Identification: ☐ Yes ☐ No | On Person | Same Name? | | **Please Note:** | | IV. Miscellaneous | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Y | N | Description Color: | | No. | Article |
| U.S. Passport | | | | Y-Yellow Metal | | | |
| Green Card | | | | W-White Metal | | | |
| Driver's License | | | | CS-Color of Stone | | | |
| Other Government-issued photo ID | | | | **INSTRUCTIONS** | | | |
| Birth Certificate | | | | 1. If you receive more than one | | | |
| Social Security Card | | | | (1) item on a line, (e.g., | | | |
| Other: | | | | coat/jacket) circle appropriate | | | |
| | | | | item then enter the number. | | ☐ NO PROPERTY | |

The above item(s) has been received from you because:
☐ It is not on the list of items which are permitted in this facility
☐ The quantity is in excess of that allowed in this facility
☐ It may create a health, safety or security hazard, and therefore, you are not permitted to have it in your possession.
☐ You have submitted the item to us voluntarily for safekeeping.
☐ Other _____

_____    ___3667____    ___Gault____
Signature of person taking property    Shield ID#    Print Name

_____    _9/24/14__    ___2:20____
Signature of Inmate    Date    Time

**SEE APPEAL AND DISPOSAL PROVISIONS ON OTHER SIDE.**

Distribution:
**White** - Inmate Copy　　**Yellow** - Duplicate (TO BE SECURED WITH PROPERTY)
**Green** - Inmate Legal Folder　　**Blue** - Discharge Planning Center (UPON CITY SENTENCING)

From:Mr.EARL BRISTOW FEELINGS,#441-14-08287
       O.B.C.C.
       1600 Hazen Street,
       E.Elmhurst,New York,11370

                                    N.Y.S.I.D.#4929230Y

                                 Dated:October,23rd,2014·

TO: WARDEN,of O.B.C.C.Mr.KENNETH STUKES,
    Administrative office/Personnel Security.


Subject: GRIEVANCE COMPLAINT-REGARDING UNLAWFUL DETENTION IN C.P.S.U.

Dear,Mr.Stukes,

             PLEASE!TAKE NOTICE,as of the above legal subject.

    I inmate Earl B.Feelings,#441-14-08287 currently being held at

This correctional facility would like to advise you of a current

Matter of abuse from your correctional staff personnel's who has

Mistakingly placed me into the O.B.C.C./C.P.S.U. for an computer

Error or perhaps by deliberate intent.

                    On 9/24/2014 I was admitted into O.B.C.C.

C.P.S.U. to serve"15" days for a infraction report. I have as

10/9/2014 I was suppose to return back into general population,

But,I was told by C.O.Phillips of 3 south housing,that he was

Informed that I owe"90" additional more days of C.P.S.U.

<u>"Continuation"</u>

He said this information was sent by security personell C.O.Ms.

Owens,(White Female).Which stems from a july,2014 incident. I

Requested to see her and was denied. I explaint to this officer

That My july,2014 incident penalty was only imposed of"30" days

Not"90" days! I ask to see a copy **of** the alleged"90" disposition,

And was denied that as well. Captain Walker did my hearing in

August,2014 and impose only"30" days!

Secondly,Ive filed a **grievance** & the civilian

Coordinator Mr.Griffith concluded inaccurately of this calculation.

Dept.Washington,visit my housing location and told me I will stay

Within C.P.S.U. for my incident with her civilian maitence worker

In **May,**2014 Mr.Rodriguez,This refusal to release back into general

Population is retalitory   unlawful practices.PLEASE| contact me

And investigate this matter immediatelty I am going crazy sir!!!

Thank You!                                        Sincerely,**Your's**,

Sworn to before me this
24ᵀᴴ day October 201.4

<i>Matthew Reddick</i>
Notary Public

X _Earl B. Feelings_
INMATE E.B.FEELINGS
#441-14-08287
3-South,28 Cell.

**MATTHEW I. REDDICK**
NOTARY PUBLIC - NEW YORK STATE
01RE5076313
QUALIFIED IN QUEENS
COMMISSION EXPIRES APRIL 21, 20 15



# City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: EARL FEELing | Book & Case #: 08 741-14-287 | NYSID # (optional): 4929230 |
|---|---|---|
| Facility: O.B.C.C. | Housing Area: 3 South / 28 | Date of Incident: C.O.8.14 O.B.C.C. | Date Submitted: 10/9/14 |

**Request or Grievance:** I HAVe Been Held Past my Release date 10/9/2014. The D.O.C. HAs me Doing "90" more UNCOUNTed Day's. I Served THIS Time iN the PAST. THIS IS A Computer ERRoR.

**Action Requested by Inmate:** To Be iNVestigated And to Have Me Return Back to General Population.

### Please read below and check the correct box:

| | | Yes | No |
|---|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | | ☐ Yes | ☒ No |
| Do you need the IGRP staff to write the grievance or request for you? | | ☐ Yes | ☒ No |
| Have you filed this grievance or request with a court or other agency? | | ☐ Yes | ☐ No |
| Did you require the assistance of an interpreter? | | ☐ Yes | ☐ No |

**Inmate's Signature:** Earl Feelings   **Date of Signature:** 10/9/14

| Time Stamp Below: 2014 OCT 16 | Grievance and Request Reference #: C-288/14 | Category: Housing #8 |
|---|---|---|
| | Inmate Grievance and Request Program Staff's Signature: KM | A #21850 |



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## INMATE GRIEVANCE AND REQUEST PROGRAM
## DISPOSITION FORM

Form: # 7102R
Eff.: 09/10/12
Ref.: Dir. #3376



| Grievance/Request Reference #:<br>C-288/14; Feelings Earl # 441-14-08287 | Date Filed:<br>10/16/14 | Facility:<br>OBCC/CPSU 3 So. 28 |
|---|---|---|

| Title of Grievance or Request:<br>Housing | Category:<br>8 |
|---|---|

From IGRP Inmate Statement Form, print or type short description of request/grievance: Grievant alleges he should have been released 10/9/14.

Action Requested by Inmate: To investigate the matter and be returned to general population.

## STEP 1: INFORMAL RESOLUTION

Check one box: ☒ Grievance ☐ Request ☐ Submission not subject to the IGRP process.

The Inmate Grievance and Request Program proposes to informally resolve your grievance or request as follows below. Alternatively, IGRP staff shall provide an explanation for why the submission is not subject to the IGRP process.

On 10/20/14, the IGRC reviewed your records and found that you have been properly credited your time. You currently owe (88)more days. Attached is a copy of your PSEG time for your perusal.

A/R=M

Are you satisfied with the proposed resolution?

☐ Yes, I accept the resolution. ☒ No

I request a formal hearing of the Inmate Grievance Resolution Committee within 5 business days from notification of the proposed resolution. I understand that if my submission involves a request to exercise religious beliefs or practices not currently available, then the Committee on Religious Accommodations will review my request

| Inmate's Signature:<br>*Earl Fahey* | Date:<br>10/27/14 | Grievance Supervisor's Signature: | Date:<br>10/20/10 |
|---|---|---|---|



## City of New York - Department of Correction

# INMATE GRIEVANCE AND
# REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Earl Feelings | 441-14-08287 | 49292230Y |
| Facility: | Housing Area: | Date of incident: | Date Submitted: |
| O.B.C.C. | 3 South /28 cell | 10/9/2014 | 10/22/2014 |

All grievances and requests must be submitted within ten business days after the incident occurred, unless the condition or issue is on-going. The inmate filing the grievance or request must personally prepare this statement. Upon collection by Inmate Grievance and Request Program (IGRP) staff, IGRP staff will time-stamp and issue it a grievance/request reference number. IGRP staff shall provide the inmate with a copy of this form as a record of receipt within two business days of receiving it.

**Request or Grievance:**
On 10/9/2014 I was originally finish with my original "15" Days Sentence to C.P.S.U the O.B.C.C. officials Ms. Watts, is claiming I owe "90" Days from a July 2014 infraction. That information is false Because I was only given "30" Days which I served from 7/25/2014 - 8/22/2014. And was sent back to General population on 8/22/2014, showing Administratively I was never issued "90" in July, 2014 (under Dinf# (441-12-11028)

**Action Requested by Inmate:**
To contact N.D.C. Disciplinary Administrative Records And, Obtain a copy of the 7/25/2014 - Disposition And, to be Remised from C.P.S.U.- And placed Back Into General Population immediately.

### Please read below and check the correct box:

| | | Yes | | No |
|---|---|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ | Yes | ☑ | No |
| Do you need the IGRP staff to write the grievance or request for you? | ☐ | Yes | ☑ | No |
| Have you filed this grievance or request with a court or other agency? | ☐ | Yes | ☑ | No |
| Did you require the assistance of an interpreter? | ☐ | Yes | ☑ | No |

Inmate's Signature: _Earl D. B. Feelings_     Date of Signature: 10/22/2014

**For DOC Office Use Only**
IGRP RETAINS THE DOUBLE-SIDED ORIGINAL FOR ADMINISTRATIVE RECORDS.
IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | C-305/14 | Housing #8 |
| | Inmate Grievance and Request Program Staff's Signature: | #21852 |



# CITY OF NEW YORK - DEPARTMENT OF CORRECTION

## INMATE GRIEVANCE AND REQUEST PROGRAM

## DISPOSITION FORM



Form: # 7102R
Eff.: 09/10/12
Ref.: Dir. #3376

| Grievance/Request Reference #: | Date Filed: | Facility: |
|---|---|---|
| C-305/14; Feelings, Earl # 441-14-08287 | 11/6/14 | OBCC/CPSU 3 So. 28 |

| Title of Grievance or Request: | Category: |
|---|---|
| Housing | 8 |

From IGRP Inmate Statement Form, print or type short description of request/grievance: Grievant alleges his time in CPSU

was not properly credited. He does not owe (90) days from a July 2014 infraction.

Action Requested by Inmate: To obtain a copy of his disposition and be released from CPSU.

## STEP 1: INFORMAL RESOLUTION

Check one box: ☒ Grievance   ☐ Request   ☐ Submission not subject to the IGRP process.

The Inmate Grievance and Request Program proposes to informally resolve your grievance or request as follows below. Alternatively, IGRP staff shall provide an explanation for why the submission is not subject to the IGRP process.

On 11/12/14, the IGRC reviewed your records and found your release date to be correct. A copy of your PSEG screen has

been attached for your perusal.

A/R=M

Are you satisfied with the proposed resolution?

☐ Yes, I accept the resolution.   ☒ No

I request a formal hearing of the Inmate Grievance Resolution Committee within 5 business days from notification of the proposed resolution. I understand that if my submission involves a request to exercise religious beliefs or practices not currently available, then the Committee on Religious Accommodations will review my request

| Inmate's Signature: | Date: | Grievance Supervisor's Signature: | Date: |
|---|---|---|---|
| *Earl B. Feelings* | 11/12/14 | | 11/12/14 |

| | NYSID: 04929230Y | | | Name: FEELINGS, EARL | | | | |
|---|---|---|---|---|---|---|---|---|
| BK&CS | DOC Admit Date | DOC Disch Date | Admit Date PSEG | Release Date PSEG | Time Sent | PHD Credit | Time Served | Cond Rel |
| 4411408287 | 09-SEP-14 | | 24-SEP-14 | | 15 | V | 23 | |
| 4411211028 | 17-NOV-12 | 25-AUG-14 | 25-JUL-14 | 23-AUG-14 | 76 | | 124 | |
| | | | 10-JUL-14 | 19-JUL-14 | | | | |
| | | | 16-APR-14 | 14-MAY-14 | | | | |
| | | | 28-MAR-14 | 10-APR-14 | | | | |
| | | | 16-APR-13 | 21-APR-13 | | | | |
| | | | 12-MAR-13 | 15-APR-13 | | | | |
| 4411205055 | 21-MAY-12 | 18-SEP-12 | 07-JUN-12 | 14-JUL-12 | 43 | | 38 | |
| 3491204422 | 12-MAR-12 | 18-APR-12 | 12-APR-12 | 18-APR-12 | | | 7 | |
| 4411111216 | 13-NOV-11 | 09-JAN-12 | 29-DEC-11 | 09-JAN-12 | | | 12 | |
| 4411106290 | 25-JUN-11 | 22-SEP-11 | | | 45 | | | |

| Old Owed | + | Time Sent | - | PHD Cr | - | Time Serv | - | Cond Rel | - | Expunge | = | Tot Time Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | + | 643 | - | 0 | - | 568 | - | 0 | - | 0 | = | 92 |

Branch to:            Press <NEXT> to see more PSEG Incarcerations    PSEG_INQUIRY

- Current -
Book & Case # for Serving "15" Day's.

:

Previous Book, & Case #
Claimant Serve Both
- "30" C.P.S.U. Day's, And
- "8" C.P.S.U. Day's.

```
20-OCT-14 09:14                INMATE INQUIRY SCREEN(QINQ)

BK&CS: 4411408287S   Name: FEELINGS, EARL                    NYSID: 04929230Y
Remarks:
Status: DE   DOB: 30-JAN-65   Admit Date: 09-SEP-14      Admit loc: CQQ1
Housing Location: OBCC    3S        Current Loc: OBCC  Heat Sens.?:      SRG?:
Transferred from: CQQ1    Transferred to: OBCC   No ICE Interview?: Warrant?:
Transfer Date: 03-OCT-14 Class: PS   PSEG Time Owed: 88   Sent #:
Sentence Date:              Projected Discharge Date:             Red ID:
Sentence Time:                        Discharge Date:          Split Sent:
Next Court Date: 22-OCT-14            Discharge Code:     All JTIM Entered?:

                                       DNA taken. 03-DEC-07
                          BAIL INFORMATION
DOCKET#        INDICT#        CHARGE        CONV DATE SENT DATE    BAIL      Disp.
------------   -----------    ----------    --------- ---------  ----------  -----
2014QN052910   00000 0000     155.30                                        CTD
2014QN000000   99999/0099     AC 000.00                             -1      VOID


Branch to:                                                        INM_DET_INQ
```

Punitive-Segregation Code Data, doesn't specify Administrative
Where, How, or when this "88" day's Arose???

```
20-OCT-14 09:14              Inmate Movement Activity(QMOV)

BK&CS: 4411408287 S  Name: FEELINGS, EARL            NYSID: 04929230Y
Current Facility: OBCC      Current Location: OBCC
Admit - Location: CQQ1      Date: 09-SEP-14  Time: 15:03:10

Branch   Date Out   Time Out  From    |   To      Date In     Time In   Reason Code
-------  ---------  --------  ------- |   -------  ---------   --------  -----------
         03-OCT-14  12:21:37  CQQ1    |   OBCC     03-OCT-14   19:50:04  CRTRET
         03-OCT-14  02:29:07  OBCC    |   CQQ1     03-OCT-14   10:23:14  CRT
         30-SEP-14  20:43:29  SQQ1    |   OBCC     30-SEP-14   20:43:57  CRTRET
         30-SEP-14  03:57:31  OBCC    |   SQQ1     30-SEP-14   10:15:45  CRT
         24-SEP-14  13:31:18  AMKC    |   OBCC     24-SEP-14   21:14:38  XFER
         09-SEP-14  15:07:11  CQQ1    |   AMKC     09-SEP-14   20:26:49  XFER
                                      |   CQQ1     09-SEP-14   15:04:28  CRTADM
```

(Irrelevant data issued to Claimant
from The I.G.R.C. investigator)

New History NYSID Number Search (QNH#)
======================================
Discharged After April 25, 1990

Din = Days Incarcerated Total Per Record

| Bran | Nysid # | Book&case# | Last Name | First Name | Admit Date | Din | Disc Date | Last Hou |
|------|---------|------------|-----------|------------|------------|-----|-----------|----------|
| | 04929230Y | 3499509287 | BRISTLE | EARL | 14-APR-95 | 5 | 18-APR-95 | GMD |
| | 04929230Y | 4410410462 | FEELINGS | EARL | 28-AUG-04 | 391 | 22-SEP-05 | GMD |
| | 04929230Y | 4410711316 | FEELINGS | EARL | 15-SEP-07 | 20 | 04-OCT-07 | AMK |
| | 04929230Y | 4410806946 | FEELINGS | EARL | 11-JUN-08 | 13 | 23-JUN-08 | CIF |
| | 04929230Y | 4411209297 | FEELINGS | EARL | 19-SEP-12 | 15 | 03-OCT-12 | AMK |
| | 04929230Y | 4410913172 | FEELINGS | EARL | 19-NOV-09 | 441 | 02-FEB-11 | AMK |
| | 04929230Y | 4411210673 | FEELINGS | EARL | 28-OCT-12 | 6 | 02-NOV-12 | CIF |
| | 04929230Y | 4411111216 | FEELINGS | EARL | 13-NOV-11 | 58 | 09-JAN-12 | CIF |
| | 04929230Y | 4411104011 | FELLINGS | EARL | 21-APR-11 | 37 | 27-MAY-11 | CIF |
| | 04929230Y | 4410902365 | FEELINGS | EARL | 27-FEB-09 | 153 | 29-JUL-09 | AMK |
| | 04929230Y | 4410811711 | FEELINGS | EARL | 28-SEP-08 | 72 | 08-DEC-08 | AMK |
| | 04929230Y | 4411205055 | FEELINGS | EARL | 21-MAY-12 | 121 | 18-SEP-12 | AMK |
| | 04929230Y | 4411106290 | FEELINGS | EARL | 25-JUN-11 | 90 | 22-SEP-11 | AMK |

" Previous - Book & Case # Claimant Had
Served "279" C.P.S.U. Days That failed
To disclose Any Administrative
Records of Him Actabily
Owing The institutional Penalty.

Release date
- 2/2/2022 -

New History NYSID Number Search (QNH#)
==========================================
Discharged After April 25, 1990

Din = Days Incarcerated Total Per Record

| Bran | Nysid # | Book&case# | Last Name | First Name | Admit Date | Din | Disc Date | Last Hou |
|------|---------|------------|-----------|------------|------------|-----|-----------|----------|
| | 04929230Y | 4410909010 | FEELING | EARL | 08-AUG-09 | 59 | 05-OCT-09 | CIF |
| | 04929230Y | 4411211028 | FEELINGS | EARL | 17-NOV-12 | 647 | 25-AUG-14 | BKH |
| | 04929230Y | 4419113377 | JONES | ANTHONY | 06-DEC-91 | 6 | 11-DEC-91 | AMK |
| | 04929230Y | 4419108640 | WILLIAMS | DARRYL | 06-AUG-91 | 94 | 07-NOV-91 | GMD |
| | 04929230Y | 4419107135 | BRISTOW | GLENN | 28-JUN-91 | 29 | 26-JUL-91 | CIF |
| | 04929230Y | 8259021858 | PARKS | DARRYL | 20-NOV-90 | 133 | 01-APR-91 | AMK |
| | 04929230Y | 8250801919 | FEELINGS | EARL | 29-JUN-08 | 3 | 01-JUL-08 | CIF |
| | 04929230Y | 8251100430 | FEELINGS | EARL | 07-MAR-11 | 32 | 07-APR-11 | CIF |

Previous Book & Case# Claimant Serve Both "30" day's in C.P.S.U., And The "8" day's in C.P.S.U.

Din, means a Total Day's month's incarcerated, NOT C.P.S.U. -Time!!!!

Released date From The Custody of N.Y.C. D.O.C. (Parole)

Mr. Karl B. Feelings (#441-14-08287)
G.M.D.C.
15-15 - Arizona st
R. Bunkhrest, New York

RECEIVED
BONY PRO SE OFFICE
2015 MAR 10 P 12: 10

to : Pro Se Clerk Office
↓↓ United States District Court
→ Southern District of New Jersey,
← Foley Square -
500 Pearl Street
Newark, New York, 10007

USMS
SDNY

U. S. Mail
URGENT MATTER