AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| EARL BRISTOL FEELINGS ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 15 CIV. 1889 (JPO) |
| WARDEN STUKES, ET. AL. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

EARL BRISTOL FEELINGS

Date:    10/28/2015

*Attorney's signature*

Chadwick Young 4819801
*Printed name and bar number*

363 7th Avenue, Suite 400
New York, NY 10001
*Address*

chad@greenbergyoung.com
*E-mail address*

(212) 545-7337
*Telephone number*

(212) 545-7406
*FAX number*