# LAW OFFICE OF CHAD YOUNG
### Attorney at Law
363 Seventh Avenue, Suite 400
New York, New York 10001

Email: cyoung@chadyounglaw.com

Telephone (212)545-7337
Facsimlie (212)545-7406

January 25, 2016

The Honorable J. Paul Oetken
United States
40 Foley Square
New York, NY 10007

    Re:  Feelings v. Stukes et. al.
        Case Number:  1:15-cv-01889-JPO

Dear Judge Oetken:

   I represent the plaintiff Earl Feelings in the above referenced case.  I submit this correspondence to the Court, per the Court's January 19, 2016 Order, to inform the Court and defense counsel that I am in the process of submitting opposition to defendants' motion to dismiss.  I beg the Court's permission to allow the plaintiff until February 5, 2016 to submit opposition to the motion to dismiss.

   I apologize to the Court and defense counsel for any delay.  My law partner James Greenberg and I are in the process of separating our practice.  I am in the middle of moving my office and have transferred to a new calendar system.  The change over to the new calendar system has caused some problems as with the present case.  The delay was in error and certainly not intentional.

   Upon being first retained on this case in late October 2015, I first wrote to the Court requesting as extension of time to the briefing schedule that was in effect at that time and the court granted that request and issued the following briefing schedule:

    Plaintiff's Opposition served and filed by:       December 29, 2015
    Defendants' Reply, if any, served and filed by:   January 12, 2015

For the reasons stated above the plaintiff now request the following briefing schedule:

| | |
|---|---|
| Plaintiff's Opposition served and filed by: | February 5, 2016 |
| Defendants' Reply, if any, served and filed by: | February 19, 2016 |

I have spoken to Daniel Passeser, Assistant Corporation Counsel, at the New York City Law Department and he has no objection to this request.

Thank you for your consideration herein.

Respectfully submitted,

Chad Young

CC: The City of New York Law Department
100 Church Street
New York, NY 10007
Attn: Daniel Passesser, Esq.