RECEIVED
SDNY PRO SE OFFICE
2016 AUG 19 AM 9:49

From: Mr. EARL B. FEELINGS, #441-14-08287
R.N.D.C.
11-11 Hazen Street,
E. Elmhurst, New York, 11370

15.Civ.1889(J.P.O.)

Dated: August, 12th, 2016

TO: Hon. PAUL OETKEN, J.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK, 10007

Sub: RECENT COMMUNICATION- <u>DEFENDANTS FAILURE TO COMPLY WITH PLAINTIFFS DISCOVERY REQUEST & FAILURE TO ADDRESS PRO SE STATUS"</u>

Dear, Hon. J.P. Oetken,

PLEASE BE KINDLY ADVISED, as of the date of This letter & correspondence to your area office/chambers regarding the above subject. I am aware of the individual courtroom rules of your chamber your Honor, but, I have been compel to contact you due to a current dicrepencie with the defendants counsel of record Ms. FAYOLA N. ALIBEY, Esq. whom I had advised in a previous letter of

# "Continuation"

Constructive notice that the previous assigned attorney of Record CHAD YOUNG, Esq. was relieved of his legal services due to conflict of intrest on claim#15.Civ.1889, However, the defendants counsel has not Honored that "REQUEST & DEMAND" I have since then wrote to this A.C.C. and highly requested my contentions on that issue & matter be granted. I am the sole attorney(Pro Se) on the court docket executing this claim.

I do not want to be in litigational conflict with the defendants counsel.could you PLEASE! compel the defendants counsel to act in accordance to those demands & request? Furthermore, there seems to be additional problems with the counsel obtaining & securing

"Continuation"

c.c./

The presence, whereabouts and attendance of other named

defendants in this claim, in reference to defendant C.O.

PHILLIPS of O.B.C.C. and his superior rank officer Deputy

WASHINGTON, who also is administratively assigned to the

North Facility-O.B.C.C. Facility building address as 1600

Hazen Street, E:Elmhurst, New York, 11370.

    This case is in the Pre-Trial phase of

Discovery acqusition, and the defendants are stalling the

aquisition of the plaintiff motivation to have these materials

witnesses available for trial purposes. Your time & effort

that you spend in this mater of mine will be kindly & sincerely

appreciated.

Thank You

Respectively, Submitted

X *[signature]*
PLAINTIFF
EARL B. FEELINGS, #441-14-08287
R.N.D.C.
11-11 Hazen St
E. Elmhurst, New Yorkm, 11370



ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

FAYOLA N. ALIBEY
Assistant Corporation Counsel
phone: 212-356-2334
fax: 212-356-3509
email: falibey@law.nyc.gov

August 2, 2016

**BY FIRST CLASS MAIL**
Mr. Chadwick Beau Young
Law Office of Chad Young
363 Seventh Avenue, Suite 400
New York, NY 10001

Re: Earl Bristow Feelings v. Stukes et al.,
15 Civ. 01889 (JPO)

Mr. Young:

    I am the attorney in the Special Federal Litigation Division of the New York City Law Department representing defendants Kenneth Stukes, Sheldon Johnson, Michelle Walker, Keith Guerrant, and Sheila Owens ("defendants") in the above-referenced matter. Pursuant to Court Order, defendants write to provide discovery on "the limited question of whether Feelings has met the requirements for exhaustion under the PLRA." (Docket Entry No. 44.) Accordingly, please find enclosed:

1. New York City Department of Correction Inmate Folder for Earl Bristow Feelings, Bates nos. D 001 – D 058;

2. New York City Department of Correction Incarceration History for Earl Bristow Feelings, Bates nos. D 059 – D 060;

3. New York City Department of Correction Movement History for Earl Bristow Feelings, Bates nos. D 061 – D 068;

4. New York City Department of Correction Infraction History for Earl Bristow Feelings, Bates nos. D 069 – D 071;

5. New York City Department of Correction Inmate Grievance Form for Earl Bristow Feelings, Bates nos. D 072 – D 073;

6. New York City Department of Correction Punitive Segregation Inquiry Sheet for Earl Bristow Feelings, Bates nos. D 074 – D 075;

7. New York City Department of Correction Central Punitive Segregation Unit Profile Sheet for Earl Bristow Feelings, Bates no. D 076; and

8. New York State Supreme Court, Bronx County Writ of Article 78 File, Bates nos. D 077 – D 103.

Thank you.

Very Truly Yours,

Fayola N. Alibey
Assistant Corporation Counsel

cc: Earl Bristow Feelings (By First Class Mail)
ID # 441-14-08287
Robert N. Davoren Center
11-11 Hazen Street
East Elmhurst, N.Y. 11370
*Pro se*

From: Mr. EARL BRISTOW FEELINGS, #441-14-08287
R.N.D.C.
11-11 Hazen Street,
E. Elmhurst, New York, 11370

15.Civ.1889(J.P.O.)

March, 10th, 2016

"NOTICE OF APPEARANCE"

To: Hon. J. PAUL OETKEN
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
40 FOLEY SQUARE,
NEW YORK, NEW YORK, 10007.

Sub: "NOTIFICATION FOR REINSTATEMENT OF PRO SE STATUS TO DEFEND FEDERAL CLAIM".

Dear, Honorable, J.P. Oetken,

PLEASE BE KINDLY ADVISED, as of the Date of th is letter and correspondence to your area office Regarding the above legal subject. I, plaintiff EARL B. FEELINGS, Would like to inform this Court as well as the proscribe partys Defendants and their designated Counsel ELIZABETH B. BARDAUSKIS, Relative to the claim or complaint of 15.Civ.1889 in the Southern District of New York.

It is incumbent upon me to place this Court on Constructive Notices of having Defense counsel CHADWICK YOUNG, Esq. Relieved From any and all participation in legal input or presiding with Litigation in relation to the above currently pending claim in State or Federal jurisdictions.

Due to Mr.CHADWICK YOUNG,Esq. failure to file a required"Notice-of Appearance" upon that case and it's proscribed parties,the Naturally assumed that obligation & Responsibility to plaintiff.

Being that plaintiff had practically litigated over most of the case throughout its pendacy in the Eastern District Court,prior to Mr.CHADWICK YOUNG,Esq. coming into business contact with me. or making a verbal agreement to pursue and defend said claim.

Plaintiff inherently expected attorney Young,Esq to execute those Obligations.Furthermore,on february,26th,2016 I received additional Correspondence from Assistant Corporation Counsel Daniel Passeser, Informin me of the defendents contentions in the reply Memorandum of Law brief to dismiss plaintiff complaint pursuant to a 12(C) Application. within that brief it is indication that attorney CHADWICK YOUNG,Esq Once again failed to file any litigation or Supplemental application defending the Federal claim in the matter of 15.Civ.1889.See,page#2 below caption for further confirmation.

Without any furthermore unnnecessary repetition to this URGENT Request herein, as of the date of this correspondence, plaintiff Request the Leave of this Court to be reinstated as a Pro Se Litigant plaintiff to rightfully pursue & assume all responsibilitys related to defending and executing this claim without any additional Conflict of Intrest attributed to attorney/counsel in-effectiveness assistance of Counsel.

STATE OF NEW YORK
COUNTY OF BRONX ss.

Respectively, Submitted

X _Paul Feelings_
Plaintiff,
EARL B. FEELINGS, #441-14-08287
R.N.D.C.
11-11 Hazen St.
E. Elmhurst, New York, 11370

Sworn to before Me this 10TH Day of March, 2016.

_Danielle Stringer_
NOTARY PUBLIC

DANIELLE STRINGER
Notary Public State of New York
No 01ST6131234
Qualified in Queens County
Commission Expires August 1, 2017

Mr. Earl B. Feelings, (#441-16-08287)
R.N.D.C.
11-11 Hazen St
E. Elmhurst, New York, 11370

NEW YORK, NY 100
17 AUG 2016 PM

RECEIVED
2016 AUG 19 AM 9:49
SDNY PRO SE OFFICE

USM P3
SDNY

" U.S.
URGENT
LEGAL
MAIL!!!"

To: "Pro Se Clerk Office"
United States District Court
Hon. Southern District of N.Y.
500 Pearl Street
New York, New York, 10007

10007-133099